UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ALBERTA BRAY and | ) | |
| CLIFFORD BRAY, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 3:06cv0296 AS |
| | ) | |
| GULF STREAM COACH, INC., a | ) | |
| foreign corporation, | ) | |
| LA MESA RV INC., and | ) | |
| WELLS FARGO BANK NA, a | ) | |
| national banking association, | ) | |
| | ) | |
| Defendants | ) | |

*MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the record in this case. Magistrate Judge Christopher A. Nuechterlein filed a Report and Recommendation in this case on October 13, 2006, and the objections are in the form of a letter from the pro se plaintiffs in this case from Oregon. There has been compliance here with *Lewis v. Faulkner*, 689 F.2d 100 (7th Cir. 1982), and this court now **ADOPTS** the recommendation of the magistrate judge and **DISMISSES** the complaint in this case **WITHOUT PREJUDICE**. Each party is to bear its own costs. **IT IS SO ORDERED.**

DATED:  November 20, 2006

                                              S/ ALLEN SHARP
                                              ALLEN SHARP, JUDGE
                                              UNITED STATES DISTRICT COURT

cc: The Honorable Christopher A. Nuechterlein